No. 03–8690. LUCZAK *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8691. HARVEY *v.* GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8697. REMOI *v.* NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8698. RILEY *v.* PAPPERT, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8704. KALSKI *v.* CALIFORNIA ASSOCIATION OF PROFESSIONAL EMPLOYEES ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8706. BAHODA *v.* MICHIGAN. Cir. Ct. Oakland County, Mich. Certiorari denied.

No. 03–8714. MOSS *v.* MCKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–8718. CURRY *v.* ADAM'S MARK HOTEL. C. A. 10th Cir. Certiorari denied.

No. 03–8737. SANITATE *v.* GILHOOLEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8740. LLOYD ET UX. *v.* BAKER ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–8741. BAPTISTE *v.* HICKS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–8744. BEY *v.* TRABOSH, JUDGE, MUNICIPAL COURT, GLOUCESTER TOWNSHIP, NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8752. BLANDON *v.* RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8757. SIMON *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 03–8759. CONDE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.